IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 17-23282-CMB |
| NATALIE GARRITANO, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| _____ | ) re doc. 14 |
| | ) |
| NATALIE GARRITANO, | ) |
| | ) |
| Movant/Debtor, | ) |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENT. | ) |

### ORDER OF COURT

AND NOW, to wit, this ___11th___ day of ___September___, 2017, it is hereby ORDERED that Movant/Debtor Natalie Garritano is granted an extension up to and including September 18, 2017 to file the required completed schedules, declarations, statements and plan.

BY THE COURT:

_/s/ Carlota M. Böhm_  **dms**
CARLOTA M. BÖHM,
U.S. District Court Bankruptcy Judge

FILED
9/11/17 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23282-CMB
Natalie Garritano                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Sep 11, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db             +Natalie Garritano,    717 Penn Street,    Brackenridge, PA 15014-1148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
      Glenn R. Bartifay    on behalf of Debtor Natalie  Garritano gbartifay@bartifaylaw.com,
       sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
      James    Warmbrodt    on behalf of Creditor   Franklin American Mortgage Company
       bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 4