IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Natalie Garritano**<br><br>Debtor<br><br>**Natalie Garritano**<br><br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **17-23282**<br><br>Chapter **13**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Glenn R. Bartifay, Esquire 68763**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Glenn R. Bartifay, Esquire**
Signature
**Glenn R. Bartifay, Esquire 68763**
Typed Name
**3134 Lillian Avenue**
**First Floor**
**Murrysville, PA 15668**
Address
**412-824-4011 Fax:412-202-0180**
Phone No.
**68763**
List Bar I.D. and State of Admission

Allegheny County Clerk of Courts
115 County Courthouse
436 Grant Street
Pittsburgh, PA 15219

Comenitybk/marthonvs
P.O. Box 182789
Columbus, OH 43218

Comenitycap/gamestop
P.O. Box 182120
Columbus, OH 43218

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193

Linda Garritano
107 W. 8th St.
Tarentum, PA 15084

Syncb/Gap
P.O. Box 965005
Orlando, FL 32896

Synchrony Bank/bp
P.O. Box 965024
Orlando, FL 32896