IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKRUPTCY NO. 17-23282 |
| | ) | |
| NATALIE GARRITANO, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### EMPLOYEE INCOME RECORDS

Attached hereto are the employment income records for the sixty-day period pre-filing of the petition for Debtor Natalie Garritano.

Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: September 18, 2017    Signature:    /s/ Natalie Garritano
NATALIE GARRITANO,
Debtor

Dated: September 18, 2017    /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Ave., First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com

**PSG STAFFING**
2009 Mackenzie Way
Suite 100
Cranberry Township, PA 16066
(724) 720-9800

420 Montgomery Street
San Francisco, CA 94104

VOID AFTER 60 DAYS

20783

11-24
1210

Date 9/1/2017

PAY ** THIS IS DIRECT DEPOSIT ADVICE! **

$ ******************

TO THE ORDER OF

GARRITANO, NATALIE
717 PENN STREET
BRACKENRIDGE, PA 15014

** NON-NEGOTIABLE **

AUTHORIZED SIGNATURE

⑈00000 20783⑈ ⑆121000248⑆ 4526945779⑈

**PSG STAFFING**

Employee # : XXXXX0722    Employee Name: GARRITANO, NATALIE    Week Ending 08/27/2017    Check # 20783

| | REGULAR | OVERTIME | DOUBLE | SICK | VAC | HOL | OTHER | NONTAX | GROSS | FICA | FED W/H | ST W/H | MEDICAR | LO W/H | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | | | | | | | | | | | | | | | |
| HRS | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 1.00 | | | | | | |
| DOL | 961.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 961.54 | 59.62 | 127.91 | 29.52 | 13.94 | 9.62 | 719.26 |
| YTD | | | | | | | | | | | | | | | |
| HRS | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 2.00 | | | | | | |
| DOL | 1538.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1538.46 | 95.39 | 187.16 | 47.23 | 22.31 | 15.39 | 1167.91 |

FILING STATUS:    FDSW  01    PA  00    PAAD 00

COMPANY WORK SITE(S):    74038 R 1.00 @ 961.54

| ADJUSTMENTS | CURRENT | YTD | ADJUSTMENTS | CURRENT | YTD |
|---|---|---|---|---|---|
| OCCUPATIONAL TAX | 1.00 | 2.00 | | | |
| UNEMPLOYMENT TAX | 0.67 | 1.07 | | | |

TOTAL DEDUCTIONS:    1.67    3.07

**PSG STAFFING**    20783

FORM OP 2

**OCCUPATIONAL PRIVILEGE TAX**

EMPLOYEE'S EVIDENCE OF DEDUCTION CERTIFICATE

INSTRUCTIONS

COMPLETE FORM OP 2 - SHOWING EMPLOYEE'S NAME AND CORRECT HOME ADDRESS

1 SEND COPY A - TO TAX COLLECTOR
2 GIVE COPY B - TO YOUR EMPLOYEE'S THIS IS HIS
    "EVIDENCE OF DEDUCTION CERTIFICATE"
3 KEEP COPY C - FOR YOUR RECORDS

COLLECTOR FORM OP-2

TAX AMOUNT    $1.00

LEVIED BY:
SLCK ENTERPRISES DBA PSG S
PHILADELPHIA, PA   19182-3461

EMPLOYEE EVIDENCE OF DEDUCTION

EMPLOYER'S NAME    ACCOUNT NO
SLCK ENTERPRISES DBA PSG S
PO BOX 823461
PHILADELPHIA, PA   19182-3461

YEAR    EMPLOYEE'S NAME-ADDRESS-SOCIAL SECURITY NO
2017    GARRITANO, NATALIE
        XXXXX0722
        717 PENN STREET
        BRACKENRIDGE, PA 15014