IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKRUPTCY NO.  17-23282 |
| | ) | |
| NATALIE GARRITANO, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Wage Attachment Order dated September 19, 2017, Doc. No. 23, and Local Form No. 12 was sent by regular mail on September 19, 2017, addressed as follows:

PSG Staffing
Attn: Payroll Administrator
2009 Mackenzie Way
Suite 100
Cranberry Township, PA 16066


Dated: September 19, 2017           /s/ Glenn R. Bartifay
                                                    GLENN R. BARTIFAY, ESQUIRE
                                                    Pa. Id. No. 68763
                                                    Attorney for Debtor

                                                    BARTIFAY LAW OFFICES, P.C.
                                                    3134 Lillian Avenue
                                                    Murrysville, PA 15668
                                                    (412) 824-4011
                                                    gbartifay@bartifaylaw.com