IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKRUPTCY NO.  17-23282 |
| | ) | |
| NATALIE GARRITANO, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Wage Attachment Order dated May 15, 2018, Doc. No. 43, and Local Form No. 12 was sent by regular mail on May 23, 2018, addressed as follows:

Fourth Street Barbecue
Packing Division
Attn: Payroll Department
Speers Industrial Park
3 Arentzen Blvd.
Charleroi, PA 15022

Dated: May 23, 2018

/s/ Natasha C. Alejandro
NATASHA C. ALEJANDRO, ESQUIRE
Pa. Id. No. 316860
Attorney for Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue
Murrysville, PA 15668
(412) 824-4011
nalejandro@bartifaylaw.com