IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 17-23282-CMB |
| | ) | |
| NATALIE GARRITANO, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| TOYOTA MOTOR CREDIT CORPORATION, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NATALIE GARRITANO and RONDA J. WINNECOUR, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Response to Motion for Relief from Stay filed on June 18, 2018, Doc. No. 49, was served on June 18, 2018 as follows:

By electronic mail, addressed as follows:

James Warmbrodt on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com


Dated: June 18, 2018        /s/ Natasha C. Alejandro
                                              NATASHA C. ALEJANDRO, ESQUIRE
                                              Pa. Id. No. 316860
                                              Attorney for Debtor

                                              BARTIFAY LAW OFFICES, P.C.
                                              3134 Lillian Avenue
                                              First Floor
                                              Murrysville, PA 15668
                                              (412) 824-4011
                                              nalejandro@bartifaylaw.com