PROCEEDING MEMO

Date: 07/18/2018 10:00 am

In re: Natalie Garritano

Bankruptcy No. 17-23282-CMB
Chapter: 13
Doc. # 46

**Appearances:**

Movant(s):    James Warmbrodt, Esq. for Toyota Motor

Respondent(s):    ~~Glenn Bartifay, Esq.~~ Natasha Alejandro for Debtor
    ~~Winnecour~~ / Pail / ~~Katz~~ / ~~DeSimone~~

Creditor(s):

Nature of Proceeding:    # 46 Motion for Relief from Stay
    re: 2013 Toyota Scion XD

Additional Pleadings:    #47 Notice of Hearing
    #49 Debtor's Response
    #50 Certificate of Service of Response

Judge's Notes:
Outcome:

Per Mr. Warmbrodt, the last payment received from the trustee was in Feb. Acc'd to trustee's website, the total due is over $1,000. Per Debtor's counsel, a new wage attachment order was filed on May 23, 2018. Counsel for Toyota and counsel for the Debtor are to draft a stipulation and file it within 2 weeks.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
    Respondent(s) brief due____days
    Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

JUL 18 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA