**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Natalie Garritano<br>　　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　　Movant<br>　　　v.<br>Natalie Garritano<br>　　　　　　Respondent<br>　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　Additional Respondents | No. 17-23282 CMB<br><br>CHAPTER 13<br><br>Related to Doc. 46, 49 |

**STIPULATION AND ORDER**

　　　　AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

　　　　WHEREAS, Movant has filed a motion for relief from the automatic stay;

　　　　WHEREAS, Debtor has filed a response opposing the motion for relief from the automatic stay.

　　　　It is therefore Stipulated and agreed as follows:

1.　　The automatic stay is terminated as it affects the interests of the Movant with respect to the 2013 TOYOTA SCION XD , VIN:JTKKUPB42D1038604, provided however, that relief from stay is stayed in accordance with the conditions set forth in Paragraphs 2-5, below.

2.　　On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due.

3.　　Time is of the essence as to all plan payments going forward.

4. For the duration of this bankruptcy case, in the event that the Chapter 13 Trustee has not received a full plan payment by the last day of the month in which the Debtor's payment is due, as indicated by the Chapter 13 Trustee's online records, then the stay provided in Paragraph 1, above, shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with respect to the 2013 TOYOTA SCION XD , VIN:JTKKUPB42D1038604, upon the filing of an Affidavit of Default by Movant, without further hearing or without entry of an additional order, unless the Trustee has received payment of the full amount of the delinquent payment(s) within fifteen (15) days from the date the Affidavit of Default is filed. Such Affidavit of Default shall contain a statement of default as supported by the Movant's own records as well as the records of the Chapter 13 Trustee.

5. Relief from the automatic stay shall be effective immediately upon conversion of Debtor's case to a case under Chapter 7.

6. In the event that the automatic stay is terminated as provided by this Order, then the Trustee shall make no further disbursements to Respondent on account of its secured claim, unless directed otherwise by further Order of Court.

*/s/ Natasha C. Alejandro, Esquire*
Natasha C. Alejandro, Esquire
Attorney for Debtor
Bartifay Law Offices, P.C.
3134 Lillian Ave., First Floor
Murrysville, PA 15668
Phone: 412-824-4011
nalejandro@bartifaylaw.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

*/s/ Owen Katz, Esquire*
Attorney for Chapter 13 Trustee
US Steel Tower-Suite 3250
Pittsburgh, PA  15219

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

FILED
8/6/18 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dms

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Natalie Garritano  
       Debtor

Case No. 17-23282-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Aug 06, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.  
db          +Natalie Garritano,   717 Penn Street,   Brackenridge, PA 15014-1148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:
           Glenn R. Bartifay    on behalf of Plaintiff Natalie  Garritano gbartifay@bartifaylaw.com,
            sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
           Glenn R. Bartifay    on behalf of Debtor Natalie  Garritano gbartifay@bartifaylaw.com,
            sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
           James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
           James   Warmbrodt    on behalf of Creditor    Franklin American Mortgage Company
            bkgroup@kmllawgroup.com
           James   Warmbrodt    on behalf of Defendant    Toyota Motor Credit Company bkgroup@kmllawgroup.com
           Joseph A. Dessoye    on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
           Mario J. Hanyon    on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                   TOTAL: 9