IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 17-23282-CMB |
| NATALIE GARRITANO, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | Related to Doc. No. 61 |
| NATALIE GARRITANO, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

### ORDER OF COURT

AND NOW, this __7th__ day of __November__, 2018, it is hereby ORDERED that Movant/Debtor Natalie Garritano is granted an extension up to and including November 12, 2018 to file an amended plan to cure her Chapter 13 plan arrearages.

BY THE COURT:

FILED
11/7/18 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
CARLOTA M. BÖHM,
Chief Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Natalie Garritano  
    Debtor

Case No. 17-23282-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Nov 07, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.  
db           +Natalie Garritano,    717 Penn Street,    Brackenridge, PA 15014-1148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:

       Glenn R. Bartifay     on behalf of Plaintiff Natalie  Garritano gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com;jmartin@bartifaylaw.com  
       Glenn R. Bartifay     on behalf of Debtor Natalie  Garritano gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com;jmartin@bartifaylaw.com  
       James  Warmbrodt     on behalf of Creditor     Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       James  Warmbrodt     on behalf of Creditor     Franklin American Mortgage Company bkgroup@kmllawgroup.com  
       James  Warmbrodt     on behalf of Defendant     Toyota Motor Credit Company bkgroup@kmllawgroup.com  
       Joseph A. Dessoye     on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com  
       Mario J. Hanyon     on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                           TOTAL: 9