**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> NATALIE GARRITANO <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:17-23282 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/15/2017 and confirmed on 10/31/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,688.56 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,688.56 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 765.37 | |
|    Trustee Fee | 161.74 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 927.11 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC <br> Acct: 6796 | 0.00 | 2,235.90 | 0.00 | 2,235.90 |
| PENNYMAC LOAN SERVICES LLC <br> Acct: 6796 | 7,091.72 | 0.00 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (TMCC) <br> Acct: 0119 | 7,050.00 | 231.28 | 294.27 | 525.55 |
| | | | | 2,761.45 |
| **Priority** | | | | |
| GLENN R BARTIFAY ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NATALIE GARRITANO <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BARTIFAY LAW OFFICES PC <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GLENN R BARTIFAY ESQ <br> Acct: | 3,913.00 | 765.37 | 0.00 | 0.00 |
| LINDA GARRITANO <br> Acct: 9822 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ECMC(*)<br>Acct: 0722 | 21,757.50 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0013 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0019 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0016 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0014 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0017 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0012 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)<br>Acct: 0015 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY CO CLERK OF COURTS<br>Acct: 0484 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 2662 | 11,547.47 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 7689 | 2,963.85 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 4430 | 1,521.24 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5615 | 2,929.51 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 8206 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 7849 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 6338 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 9888 | 369.31 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 8994 | 800.19 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 2571 | 1,389.56 | 0.00 | 0.00 | 0.00 |
| DSRM NATIONAL BANK<br>Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK<br>Acct: 1696 | 1,721.56 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM INC<br>Acct: 4001 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 9088 | 1,867.23 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>Acct: 6715 | 1,957.66 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 0864 | 2,107.49 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 9811 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 3255 | 1,851.38 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 2904 | 3,403.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,682.31 | 0.00 | 0.00 | 0.00 |

| 17-23282 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 1773 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 680.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 4217 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 671.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 9531 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 589.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 6145 | | | | |
| | TOYOTA MOTOR CREDIT CORP (TMCC) | 776.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 0119 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 2,716.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 7740 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,372.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 4504 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 2,566.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 5774 | | | | |
| | BILL ME LATER INC A/S/F SYNCHRONY BA | 1,306.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 7131 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4217 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOSEPH A. DESSOYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 2,761.45 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 14,141.72 |
| UNSECURED | 69.547.74 |

Date: 03/07/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com